Michael T. Reynvaan, WSBA No. 12943
MReynvaan@perkinscoie.com
Frederick B. Rivera, WSBA No. 23008
FRivera@perkinscoie.com
Aurora R. Janke, WSBA No. 45862
AJanke@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Mercer Canyons, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BACILIO RUIZ TORRES and JOSE AMADOR, as individuals and on behalf of all other similarly situated persons,, <br><br> Plaintiffs, <br><br> v. <br><br> MERCER CANYONS, INC., <br><br> Defendant. | No. 1:14-cv-03032 <br><br> NOTICE OF APPEARANCE |

**TO:** All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of defendant Mercer Canyons, Inc. by and through the undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

05701-0011/LEGAL120230646.1

| | |
|---|---|
| DATED: March 19, 2014 | s/ Michael T. Reynvaan, WSBA No. 12943 |
| | MReynvaan@perkinscoie.com |
| | Attorneys for Defendant |
| | Mercer Canyons, Inc. |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |

NOTICE OF APPEARANCE – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

05701-0011/LEGAL120230646.1

# CERTIFICATE OF SERVICE

I certify that on March 19, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

Lori Jordan Isley, WSBA #21724
Joachim Morrison, WSBA #23094
COLUMBIA LEGAL SERVICES
6 South Second Street, Ste. 600
Yakima, WA 98901

___ Via hand delivery
___ Via U.S. Mail, 1st Class, Postage Prepaid
___ Via Overnight Delivery
___ Via Facsimile
___ Via Email
_X_ Via: CM/ECF System

Attorneys for Plaintiffs

Adam Berger, WSBA #20714
Martin S. Garfinkel, WSBA #20787
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104

___ Via hand delivery
___ Via U.S. Mail, 1st Class, Postage Prepaid
___ Via Overnight Delivery
___ Via Facsimile
___ Via Email
_X_ Via: CM/ECF System

Attorneys for Plaintiffs

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of March, 2014.

_____
Alice Wells
Legal Secretary

CERTIFICATE OF SERVICE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

05701-0011/LEGAL120230646.1