UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BACILIO RUIZ TORRES and JOSE AMADOR, as individuals and on behalf of all other similarly situated persons,<br><br>               Plaintiffs,<br><br>   v.<br><br>MERCER CANYONS, INC.,<br><br>               Defendant. | NO: 1:14-CV-3032-LRS<br><br>ORDER OF REASSIGNMENT |

To accommodate the fair distribution of caseloads within the district, the Court finds good cause to transfer a limited number of cases to Judge Bastian.

Accordingly, **IT IS HEREBY ORDERED**:

1. This case is assigned to Judge Stanley A. Bastian for all further proceedings.

ORDER OF REASSIGNMENT ~ 1

2. The Clerk of the Court is directed to change the initials on this case docket number to "**SAB**" and all future pleadings in this case shall so reflect this reassignment.

3. The Clerk of Court shall reset all current deadlines and court dates to be heard before Judge Bastian.

The Clerk of Court is hereby directed to enter this Order and to provide copies to counsel and to Judge Bastian.

**DATED** this 23rd day of May 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF REASSIGNMENT ~ 2