UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BACILIO RUIZ and JOSE AMADOR, as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MERCER CANYONS, INC.,<br><br>Defendant. | 1:14-CV-3032-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR DISCOVERY PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Discovery Protective Order, ECF No. 27. The motion was heard with oral argument on August 18, 2014.

The parties ask the Court to enter an order governing the designation and handling of non-public, confidential information and discovery exchanged.

It is the policy of this Court not to enter blanket protective orders. Not only do such orders unnecessarily impede the public's rights of access to court proceedings, they make appellate review difficult. *See, e.g., Foltz v. State Farm Mut. Auto. Insur. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003). The Federal Rules of Civil Procedure grant this Court broad latitude in crafting protective orders. Fed.

ORDER GRANTING PARTIES' STIPULATED MOTION FOR DISCOVERY
PROTECTIVE ORDER ~ 1

R. Civ. Pro. 26(c); *see also Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (noting that rule 26(c) authorizes district courts to issue "*any* order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden") (emphasis in original). For good cause, the Court will enter orders protecting specific information from disclosure or forbidding inquiry into certain matters, in accordance with Rule 26(c).

Thus, while the parties are free to agree with respect to the management of the dissemination and use of the information between themselves during the discovery process as set forth in the Stipulated Protective Order, the Court will require the parties to seek permission from the Court prior to filing any document covered by the Stipulated Protective Order under seal in the court record.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Discovery Protective Order, ECF No. 27, is **GRANTED**, in part.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 18th day of August, 2014.



STANLEY A. BASTIAN
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION FOR DISCOVERY PROTECTIVE ORDER ~ 2