Lori Jordan Isley
Joachim Morrison
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Martin S. Garfinkel
Adam J. Berger
Jamal N. Whitehead
SCHROETER GOLDMARK & BENDER
810 3rd Avenue, Suite 500
Seattle, WA 98104-1657
(206) 622-8000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BACILIO RUIZ TORRES and JOSE AMADOR, as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCER CANYONS, INC.,<br><br>Defendant. | <u>CLASS ACTION</u><br><br>No. 1:14-CV-03032-SAB<br><br>JOINT NOTICE OF SETTLMENT |

Pursuant to this Court's Order dated January 18, 2017, the parties jointly submit this notice informing the Court that the settlement conference was successful. The parties will submit the settlement for the preliminary approval of the Court as soon as possible.

///

///

DATED this 27th day of January, 2017.

| COLUMBIA LEGAL SERVICES | SCHROETER GOLDMARK & BENDER |
|---|---|
| s/Lori Jordan Isley | s/Adam J. Berger |
| Lori Jordan Isley, WSBA #21724 | Martin S. Garfinkel, WSBA #20787 |
| Joachim Morrison, WSBA #23094 | Adam J. Berger, WSBA #20714 |
| 6 South 2nd Street, Suite 600 | Jamal N. Whitehead, WSBA #39818 |
| Yakima, WA 98901 | 810 3rd Avenue, Suite 500 |
| Phone: (509) 575-5593, x. 217 | Seattle, WA 98104-1657 |
| Fax: (509) 575-4404 | Phone: (206) 622-8000 |
| E-mail: lori.isley@columbialegal.org; | Fax: (206) 682-2305 |
| joe.morrison@columbialegal.org; | E-Mail: berger@sgb-law.com; |
| | garfinkel@sgb-law.com; |
| | whitehead@sgb-law.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lori Jordan Isley | lori.isley@columbialegal.org, cheli.bueno@columbialegal.org, elvia.bueno@columbialegal.org |
| Joachim Morrison | joe.morrison@columbialegal.org rachael.pashkowski@columbialegal.org |
| Martin S. Garfinkel | garfinkel@sgb-law.com, cronan@sgb-law.com |
| Adam J. Berger | berger@sgb-law.com |
| Jamal N. Whitehead | whitehead@sgb-law.com |
| Michael T. Reynvaan | mreynvaan@perkinscoie.com; awells@perkinscoie.com; docketsea@perkinscoie.com |
| Frederick Brian Rivera | frivera@perkinscoie.com, bbuckley@perkinscoie.com, docketsea@perkinscoie.com |
| Lindsay J. McAleer | LMcAleer@perkinscoie.com, RBecken@perkinscoie.com |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

Arasele Bueno